# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SHIN DA ENTERPRISES INC., et al., : <br> *Plaintiffs,* : <br> : <br> v.       : <br> : <br> WEI XIANG YONG, et al., : <br> *Defendants.* : | CIVIL ACTION <br><br> No.   21-3384 |

## ORDER

**AND NOW**, this **27th** day of **October 2022**, having considered Plaintiffs' Motion for Collateral Estoppel (ECF No. 124), Defendants' Response (ECF No. 130), and Plaintiffs' Reply (ECF No. 133) it is hereby **ORDERED** that Plaintiffs' Motion for Collateral Estoppel is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1