IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIN DA ENTERPRISES INC., et al., | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | No.   21-3384 |
| | : | |
| WEI XIANG YONG, et al., | : | |
| *Defendants.* | : | |

### ORDER AND JUDGMENT

**AND NOW**, this **23rd** day of **November 2022**, having considered Plaintiffs' Motion for Sanctions (ECF No. 128), Defendants' Response (ECF No. 131), and the parties' oral arguments before the Court, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Sanctions (ECF No. 128) is **GRANTED** in full.

It is further **ORDERED** that Judgment is entered in favor of Plaintiffs and against Defendants Wei Xiang Yong a/k/a John Wei, UIG Construction, LLC, PA Ridge Associates, Wei's Properties, Inc, and Redevelopment Consultants, LLC ("Defendants") in the sum of $26,505 reflecting Plaintiffs' attorneys' fees. Defendants shall submit payment on or before January 23, 2023.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**