IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHIN DA ENTERPRISES INC. et al.
:      CIVIL ACTION
v.      :
:      No. 21-cv-3384
XIANG YONG et al.

## CIVIL JUDGMENT

AND NOW, this 26th day of October 2023, in accordance with the verdict, in which the jury found in favor of plaintiffs and against defendants on October 24, 2023, it is hereby **ORDERED** that the Office of the Clerk of Court shall file this judgment in connection with the previously filed jury verdict form (Doc. 199) and the Court's molding of the jury verdict herein.

Judgment is hereby entered in favor of Plaintiff(s) Shin Da Enterprises Inc., 446-50 N. 6th St. LLC, and Lijian Ren, and against Defendant(s) Wei Xiang Yong a/k/a John Wei, Jian Mei He a/k/a Mika He, UIG Construction LLC, PA Ridge Associates, Wei's Properties Inc., Redevelopment Consultants LLC, G&Y Contractor Inc., and Ying Nan Gai in the final verdict sum of **$5,130,482.40**, which is based on the Court's molding of the jury verdict of $1,710,160.80, by trebling it pursuant to 18 U.S.C. 1964(c).  This final verdict is exclusive of attorneys' fees and costs.

In addition, the Office of the Clerk of Court shall dismiss and/or terminate all other remaining parties listed on the docket report.  The Office of the Clerk shall also **CLOSE** this case, effective today's date.

1

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:     Counsel