IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-03384** |

# O R D E R

**AND NOW,** this 19th day of December 2023, upon consideration of the Motion of Defendants Ying Nan Gai and G&Y Contractor, Inc. Pursuant to Rules 50(b) and 59 (ECF No. 212), the Response in Opposition (ECF No. 301) and the Reply (ECF No. 302), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Mr. Gai's renewed motion for judgment as a matter of law and his motion for a new trial are **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**