IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants.* | : | NO. 21-cv-03384 |

# O R D E R

**AND NOW,** this 2nd day of January 2024, upon consideration of Plaintiffs' Petition for Award of Attorneys' Fees and Costs (ECF No. 211), Defendants' Response in Opposition (ECF No. 214), Plaintiffs' Reply (ECF No. 215), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Petition for Award of Attorneys' Fees and Costs (ECF No. 211) is **GRANTED** in its entirety, and the Court awards $973,610.64 in attorneys' fees and costs against Defendants Wei Xiang Yong a/k/a John Wei, Jian Mei He a/k/a Mika He, UIG Construction, LLC, PA Ridge Associates, Wei's Properties, Inc., Redevelopment Consultants, LLC, Ying Nan Gai, and G&Y Contractor Inc.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**