IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants.* | : | NO. 21-cv-03384 |

# O R D E R

**AND NOW,** this **30th** day of **May 2024**, upon consideration of Plaintiffs' Motion to Appoint Receiver (ECF No. 342), Defendants UIG Construction, LLC, PA Ridge Associates, and Wei's Properties, Inc.'s Response in Opposition (ECF No. 343), Plaintiffs' Reply (ECF No. 344), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 342) is **GRANTED**.

It is further **ORDERED** as follows:

1. Within **seven (7) days** of entry of this order, Plaintiffs shall provide the name and resume of a qualified individual to act as Sequestrator for appointment by the Court.

2. Upon an Order of appointment from this Court, the Sequestrator is hereby authorized to exercise all rights and powers of UIG Construction, LLC, PA Ridge Associates, and Wei's Properties, Inc. as owners, landlords, and otherwise, including but not limited to collecting rents, income or other receivables owed to UIG Construction, LLC, PA Ridge Associates, and Wei's Properties, Inc.

3. Upon a petition from the Sequestrator and subject to pre-approval from this Court, and with good cause shown, the Sequestrator is hereby authorized to sell any real property owned by UIG Construction, LLC, PA Ridge Associates, and Wei's Properties, Inc. for sale through an appropriate broker.

4. Any professional fees associated with appointment of the Sequestrator, or the sale of any real property, shall be borne by UIG Construction, LLC, PA Ridge Associates, and Wei's Properties, Inc.

5. Any remaining proceeds collected by the Sequestrator pursuant to this Order shall be turned over to Plaintiffs as payment against the judgment in this matter.

6. The Sequestrator's appointment shall end when the remaining judgment has been satisfied in its entirety.

7. The Sequestrator shall provide a written account to the Court of its activities every 30 days.

                                              **BY THE COURT:**

                                              /s/ Chad F. Kenney
                                              _____
                                              **CHAD F. KENNEY, JUDGE**