IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants.* | : | **NO. 21-cv-03384** |

# ORDER

AND NOW, this **3rd day of March 2025**, upon consideration of Plaintiffs' Motion for Summary Judgment (the "Motion") (ECF No. 359), Garnishee's Memorandum of Law in Opposition to the Motion (ECF No. 387), Plaintiffs' Reply in Further Support of the Motion (ECF No. 388), Plaintiffs' Supplemental Brief in Support of Motion for Summary Judgment (ECF No. 448), Garnishee's Supplemental Memorandum of Law in Opposition to the Motion for Summary Judgment (ECF No. 449), Garnishee's letter sur-reply dated February 11, 2025 (ECF No. 452), and all exhibits attached thereto as well as Argument held on February 11, 2025, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 359) is **GRANTED**.

It is hereby **ORDERED** that summary judgment is **ENTERED** in favor of Plaintiffs and against Parke Bank in the amount of $774,759.05.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**