IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIN DA ENTERPRISES INC., et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WEI XIANG YONG, et al.,** | : | |
| *Defendants*. | : | **NO. 21-cv-03384** |

# ORDER

AND NOW, this **29th day of April 2025**, upon consideration of Garnishee Parke Bank's Motion for Reconsideration (ECF No. 462, "Motion") of the Court's March 3, 2025 Memorandum and Order (ECF Nos. 456, 457) granting the Plaintiffs' Motion for Summary Judgment on Garnishment Proceedings (ECF No 359), Plaintiffs' Response in Opposition (ECF No. 464), Garnishee's Reply in Support of its Motion (ECF No. 465), all exhibits attached thereto, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 462) is **DENIED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**